Chapter 13 Spreadsheet - Cummings2

| Flagstar Bank | Flagstar Arrears | Condo HOA Arrears | 2nd Mortgage | 2nd mortgage arrears | TLOA of Florida LLC | Florida Tax Lien LLC | Duval County 3631 Kirkpatrick Circle #9 | HVAC | HVAC arrears | 2020 Jaguar | IRS | Attorney | Unsecured | Admin Fee | Trustee Fee | Tee Payment | # | Due Date | Paid | (Behind) / Ahead | Date Payment Posted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 26.60 | $ 22.09 | $ 43.58 | $ 204.05 | $ 9.14 | $ 1,095.59 | $ 424.83 | $ 300.00 | $ - | $ - | $ 474.44 | $ 4,744.34 | 1 | 7/23/25 | | $ (4,744.34) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 300.00 | | $ - | $ 474.44 | $ 4,744.34 | 2 | 8/23/25 | | $ (9,488.68) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 300.00 | $ - | $ - | $ 474.44 | $ 4,744.34 | 3 | 9/23/25 | | $ (14,233.02) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 4 | 10/23/25 | | $ (18,977.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | | $ 50.00 | $ 474.44 | $ 4,744.34 | 5 | 11/23/25 | | $ (23,721.70) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 6 | 12/23/25 | | $ (28,466.04) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 7 | 1/23/26 | | $ (33,210.38) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 8 | 2/23/26 | | $ (37,954.72) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 9 | 3/23/26 | | $ (42,699.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 10 | 4/23/26 | | $ (47,443.40) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 11 | 5/23/26 | | $ (52,187.74) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 12 | 6/23/26 | $ - | $ (56,932.08) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 250.00 | $ - | $ 50.00 | $ 474.44 | $ 4,744.34 | 13 | 7/23/26 | | $ (61,676.42) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | | $ 25.34 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ 149.00 | $ 101.00 | $ 50.00 | $ 474.44 | $ 4,744.34 | 14 | 8/23/26 | | $ (66,420.76) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 15 | 9/23/26 | | $ (71,797.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 16 | 10/23/26 | $ - | $ (77,173.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 17 | 11/23/26 | $ - | $ (82,549.66) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 18 | 12/23/26 | | $ (87,925.96) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 19 | 1/23/27 | | $ (93,302.26) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 20 | 2/23/27 | $ - | $ (98,678.56) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 21 | 3/23/27 | $ - | $(104,054.86) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 22 | 4/23/27 | $ - | $(109,431.16) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 23 | 5/23/27 | $ - | $(114,807.46) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 24 | 6/23/27 | $ - | $(120,183.76) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 25 | 7/23/27 | $ - | $(125,560.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 26 | 8/23/27 | $ - | $(130,936.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 27 | 9/23/27 | $ - | $(136,312.66) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 28 | 10/23/27 | $ - | $(141,688.96) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 29 | 11/23/27 | $ - | $(147,065.26) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 30 | 12/23/27 | $ - | $(152,441.56) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 31 | 1/23/28 | $ - | $(157,817.86) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 32 | 2/23/28 | $ - | $(163,194.16) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 33 | 3/23/28 | $ - | $(168,570.46) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 34 | 4/23/28 | $ - | $(173,946.76) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 35 | 5/23/28 | $ - | $(179,323.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 36 | 6/23/28 | $ - | $(184,699.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 37 | 7/23/28 | $ - | $(190,075.66) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 38 | 8/23/28 | $ - | $(195,451.96) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 39 | 9/23/28 | $ - | $(200,828.26) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 40 | 10/23/28 | $ - | $(206,204.56) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 41 | 11/23/28 | $ - | $(211,580.86) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 42 | 12/23/28 | $ - | $(216,957.16) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 43 | 1/23/29 | $ - | $(222,333.46) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 44 | 2/23/29 | $ - | $(227,709.76) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 45 | 3/23/29 | $ - | $(233,086.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 46 | 4/23/29 | $ - | $(238,462.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 47 | 5/23/29 | $ - | $(243,838.66) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 48 | 6/23/29 | $ - | $(249,214.96) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 49 | 7/23/29 | $ - | $(254,591.26) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 50 | 8/23/29 | $ - | $(259,967.56) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 51 | 9/23/29 | $ - | $(265,343.86) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 52 | 10/23/29 | $ - | $(270,720.16) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 53 | 11/23/29 | $ - | $(276,096.46) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 54 | 12/23/29 | $ - | $(281,472.76) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 55 | 1/23/30 | $ - | $(286,849.06) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 56 | 2/23/30 | $ - | $(292,225.36) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 57 | 3/23/30 | $ - | $(297,601.66) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 58 | 4/23/30 | $ - | $(302,977.96) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.08 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 10.40 | $ 1,095.59 | $ 424.83 | $ - | $ 553.19 | $ 50.00 | $ 537.63 | $ 5,376.30 | 59 | 5/23/30 | $ - | $(308,354.26) | |
| $ 1,502.47 | $ - | $ 111.88 | $ 529.67 | $ 264.19 | $ 26.84 | $ 22.09 | $ 43.58 | $ 204.05 | $ 8.55 | $ 1,095.59 | $ 425.18 | $ - | $ 1,540.44 | $ 50.00 | $ 647.17 | $ 6,471.70 | 60 | 6/23/30 | $ - | $(314,825.96) | |
| $90,148.20 | $ - | $ 6,712.80 | $31,780.20 | $ 12,147.79 | $ 1,590.66 | $ 1,325.40 | $ 2,614.80 | $ 12,243.00 | $ 620.89 | $ 65,735.40 | $ 25,490.15 | $ 3,549.00 | $ 26,534.99 | $ 2,850.00 | $31,482.68 | $314,825.96 | | | $ - | | |
| $ - | $(7,319.01) | $(4,405.97) | | $(12,147.79) | | | $(1,256.31) | | $ (622.15) | $ (51,603.55) | $ - | $(25,490.15) | $(3,549.00) | | $(2,850.00) | $34,980.76 | | | | | |
| $90,148.20 | $(7,319.01) | $ 2,306.83 | $31,780.20 | | | | $ 1,358.49 | $ 12,243.00 | $ (1.26) | $ 14,131.85 | $ - | $ 0.00 | $ - | $26,534.99 | $ - | $66,463.44 | | | | | |