```
Label Matrix for local noticing          Capital One Auto Finance, c/o AIS Portfolio   United States Trustee - JAX 13/7 7
113A-3                                    4515 N Santa Fe Ave. Dept. APS                Office of the United States Trustee
Case 3:25-bk-02089-JAF                    Oklahoma City, OK 73118-7901                  George C Young Federal Building
Middle District of Florida                                                              400 West Washington Street, Suite 1100
Jacksonville                                                                            Orlando, FL 32801-2210
Tue Jul  1 15:46:02 EDT 2025

7th Ave/Swiss Colony Inc.                 AES                                           AIS Portfolio Services, LLC
Attn: Bankruptcy                          Attn: Bankruptcy                              Attn: Capital One Auto Finance Departmen
1112 7th Ave                              Po Box 64378                                  4515 N Santa Fe Ave. Dept. APS
Monroe, WI 53566-1364                     St. Paul, MN 55164-0378                       Oklahoma City, OK 73118-7901


Avant/WebBank                             Barclays Bank Delaware                        Capital City Bank
222 North Lasalle Street                  Attn: Bankruptcy                              Attn: Bankruptcy
Suite 1600                                125 South West St                             P.O. Box 900
Chicago, IL 60601-1112                    Wilmington, DE 19801-5014                     Tallahassee, FL 32302-0900


Capital One                               Citibank/The Home Depot                       City of Jacksonville
Attn: Bankruptcy                          Centralized Bankruptcy                        117 West Duval Street Ste. 480
Po Box 30285                              Po Box 790040                                 Jacksonville, FL 32202-5721
Salt Lake City, UT 84130-0285             St Louis, MO 63179-0040


Credit One Bank                           Duval County Tax Collector                    Duval County Tax Collector
Attn: Bankruptcy Department               Kelly Papa, Assistant General Counsel         Po Box 44009
6801 Cimarron Rd                          117 West Duval Street, Suite 480              Jacksonville, FL 32231-4009
Las Vegas, NV 89113-2273                  Jacksonville FL 32202-5721


Enerbank Usa                              (p)EQUIFAX  INC                               Experian
1245 Brickyard Rd                         1550 Peachtree Street NE                      701 Experian Pkwy
Salt Lake City, UT 84106-2562             Atlanta, GA 30309                             Allen, TX 75013-3715


Fingerhut Fetti/Webbank                   Flagstar Bank                                 Florida Dept. of Revenue
Attn: Bankruptcy                          Attn: Bankruptcy                              Bankruptcy Unit
6250 Ridgewood Road                       5151 Corporate Drive                          P.O. Box 6668
Saint Cloud, MN 56303-0820                Troy, MI 48098-2639                           Tallahassee, FL 32314-6668


Florida Tax Lien LLC                      Internal Revenue Service                      Kohls/Capital One
c/o Ocean Bank                            PO Box 7346                                   Attn: Credit Administrator
Dept. 780 NW 42nd Ave.                    Philadelphia, PA  19101-7346                  Po Box 3043
Miami, FL 33126-5597                                                                    Milwaukee, WI 53201-3043


LVNV Funding, LLC                         (p)LENDINGPOINT                               Madison Management Svs
Resurgent Capital Services                1201 ROBERTS BLVD                             4600 Kietzke Ln
PO Box 10587                              SUITE 200                                     Ste K-225
Greenville, SC 29603-0587                 KENNESAW GA 30144-3612                        Reno, NV 89502-5017


Mercury/FBT                               Midnight Velvet/Swiss Colony                  Nordstrom FSB
Attn: Bankruptcy                          Attn: Bankruptcy                              Attn: Bankruptcy
Po Box 84064                              1112 Seventh Ave                              Po Box 6555
Columbus, GA 31908-4064                   Monroe, WI 53566-1364                         Englewood, CO 80155-6555
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | Syncb/Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TLOA of Florida LLC<br>Po Box 669488<br>Dallas, TX 75266-0356 |
| Transunion<br>Post Office Box 2000<br>Chester, PA 19016-2000 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Walmart MasterCard/SYNCB<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| Willow Ridge Condo Assoc.<br>GCam of Amelia Island<br>1880 South 14th Street<br>Suite 103<br>Fernandina Beach, FL 32034-3290 | Douglas W Neway<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | Gregory S Gilbert<br>Parker & DuFresne, P.A.<br>8777 San Jose Boulevard<br>Suite 301<br>Jacksonville, FL 32217-4226 |
| Loretta Ann Cummings<br>4842 Victoria Chase Ct.<br>Jacksonville, FL 32257-5206 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Equifax Credit Information<br>Post Office Box 740256<br>Atlanta, GA 30374-0256 | LendingPoint LLC.<br>Attn: Bankruptcy<br>1201 Roberts Blvd Suite 200<br>Kennesaw, GA 30144 | Sezzle<br>Attn: Bankruptcy<br>Po Box 3320<br>Minneapolis, MN 55403 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 |